LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

MATTEO TARABORRELLI
MTARABORRELLI@GRSM.COM

GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™
ATTORNEYS AT LAW
1 BATTERY PARK PLAZA
28TH FLOOR
NEW YORK, NY 10004
(212) 269-5500
WWW.GRSM.COM

July 23, 2025

**VIA ECF**
The Honorable Philip M. Halpern, U.S.D.J
United States District Court
Southern District of New York
300 Quarropas St
White Plains, NY 10601

Re: *Zahra Chaudhry v. MedWiz Pharmacy, LLC, et al.*
Case No.: 7:24-cv-07915-PMH

Dear Judge Halpern:

We represent defendants MedWiz Pharmacy, LLC ("MedWiz"), Eric E. Newhouse ("Newhouse"), and Pamela Benson (collectively, "Defendants") in this case. We write in response to plaintiff Zahra Chaudhry's ("Plaintiff") request for an adjournment of the in-person conference currently scheduled for tomorrow, July 24, 2025 (ECF No. 31). Defendants do not object to Plaintiff's request for an adjournment nor do they object to proceeding with the conference virtually. Should the Court grant Plaintiff's request for an adjournment, Defendants, with the input of Plaintiff's counsel, respectfully provide the Court with the following alternative dates: Monday, July 28, Tuesday July 29, and Thursday, July 31.

Additionally, Defendants respectfully request a stay of the deadline to respond to Plaintiff's ESI Requests and Requests to Admit, based upon the reasons set forth in their letter response to Plaintiff's request for a conference. Whether these requests were timely served are topics to be discussed at the upcoming conference and, thus, Defendants respectfully request that the Court stay the deadline for Defendants to respond to Plaintiff's ESI Requests and Requests to Admit until a decision is rendered on the issue.

The undersigned thanks the Court for its attention to this matter and remains at the Court's convenience.

Respectfully submitted,

/s/ Matteo Taraborrelli
Lindsey Blackwell
Matteo Taraborrelli

GORDON & REES, LLP
*Attorneys for Defendants*

Cc.: All Attorneys of Record (via ECF)