UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZAHRA CHAUDHRY,

                Plaintiff,

-against-

MEDWIZ PHARMACY, LLC., et al.,

                Defendants.

**ORDER**

24-CV-07915 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

The Court has reviewed Plaintiff's letter motion (Doc. 27), Defendant's response (Doc. 29), and Plaintiff's application to adjourn the conference scheduled for July 24, 2025 (Doc. 31). The Court makes the following rulings:

1) The conference scheduled for July 24, 2025 is canceled.

2) Plaintiff's application to adjourn the conference scheduled for July 24, 2025 (Doc. 31) is DENIED as moot.

3) Plaintiff's application for leave to amend (Doc. 27) is DENIED. Under the current scheduling order in this action, the deadline for the amendment of pleadings expired on March 20, 2025. (Doc. 14 ¶ 3); *see* Fed. R. Civ. P. 16(b).

4) Plaintiff's application to extend the deadline to complete fact discovery (Doc. 27) is GRANTED. All fact discovery, including written discovery, shall be completed by September 16, 2025.

5) The parties are directed to promptly respond to all extant written discovery requests.

6) Plaintiff's application to compel Defendants to use Plaintiff's electronically stored information ("ESI") protocol is DENIED. *See Kaye v. New York City Health & Hosps. Corp.*, No. 18-CV-12137, 2020 WL 283702, at *2 (S.D.N.Y. Jan. 21, 2020) ("When documents are produced in discovery, whether they be produced electronically or

otherwise, the Court does not believe that, in the first instance, the receiving party has a right to examine and evaluate the way the production was made or require collaboration in the review protocol and validation process."); *Hyles v. New York City*, No. 10-CV-3119, 2016 WL 4077114, at *3 (S.D.N.Y. Aug. 1, 2016) (similar).

7) The parties are directed to meet and confer regarding a prompt production of ESI in response to Plaintiff's document requests.

8) With respect to Defendants' "request for a protective order" (Doc. 29), the parties are referred to this Court's Individual Practices Rule 1(I).

9) The case management conference scheduled for October 21, 2025 is adjourned to October 30, 2025 at 12:00 p.m.

10) Defendants' anticipated motion pursuant to Federal Rule of Civil Procedure 11 is unnecessary. The Court will address the propriety of Plaintiff's claims against Defendant Newhouse at the case management conference.

The Clerk of Court is respectfully requested to terminate the pending motion sequences at Doc. 25 and Doc. 31.

**SO ORDERED.**

Dated: White Plains, New York
July 23, 2025

_____
PHILIP M. HALPERN
United States District Judge