

**El Hag & Associates**

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

> Application to stay this action for a period of at least four months is denied. The Court, however, is not unsympathetic to Plaintiff's counsel's situation. As such, this action is stayed for 30-days from the date of this Order to permit Plaintiff time to find substitute counsel.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 15, 2025

<u>Via ECF</u>

Honorable Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    Chaudhry v. Medwiz Pharmacy, LLC. et al
              Case No. 7:24-cv-07915-PMH

Dear Judge Halpern,

      I represent the Plaintiff in the above-referenced matter. I write the Court seeking a stay of the case for a period of at least four months. For the past six months, I have been dealing with a significant undiagnosed health issue. Although I have been hopeful that the symptoms I have been experiencing would have resolved, they have only grown more significant.

      At this point, I have been advised to reduce as many of my clients as possible while I begin undergoing diagnostic testing, and to see how reduced work may alleviate some of the symptoms I am experiencing. Testing begins in a few weeks, and pending the outcome, I will be better situated to navigate this challenge.

      As such, I would like the Court's assistance in staying the discovery deadlines and allow me to try to resolve the cases in settlement on behalf of my clients, and if not, assist them in finding substitute counsel. My hope is that I will be able to resolve the case on their behalf with the assistance of opposing counsel.

      I have discussed the length of the stay with opposing counsel, and while they do not agree to the full period requested, they have agreed to a 60-day stay. This submission affects the current deadline to submit a joint letter regarding settlement/mediation for August 15, 2025. While Plaintiff has made a demand, there has been no further movement in negotiations; however, the parties remain open to continuing discussions.

Respectfully,

By: *Jordan El-Hag*
Jordan El-Hag, Esq.
El-Hag Associates, P.C.
Attorney for Plaintiff
777 Westchester Ave., Suite 101
White Plains, N.Y 10604
(914) 218-6190 (p)
(914) 206-4176 (f)
Jordan@Elhaglaw.com

C.C:  Rodalton J Poole
Gordon Rees Scully Mansukhani
Employment Practice
1 Battery Park Plaza
28th Floor
New York, NY 10004
212-269-5500
Email: rpoole@grsm.com

Lindsey Blackwell
Gordon Rees Scully Mansukhani LLP
1 Battery Plaza, 28th Floor
New York, NY 10004
212-269-5500
Fax: 212-269-5505
Email: lblackwell@grsm.com