

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

> Application granted in part. The case management conference is adjourned to January 28, 2026 at 11:00 a.m.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 44.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 21, 2025

**Via EFC**

Hon. Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

*Re: Chaudhry v. Medwiz Pharmacy, LLC. et al*
*Case No. 7:24-cv-07915-PMH*

Dear Judge Halpern:

  Plaintiff's counsel respectfully submits this letter to request an adjournment of the conference currently scheduled for November 25, 2025. Counsel has an unavoidable conflict due to a medical appointment that could only be scheduled for November 25 and therefore is unable to appear on that date.

Counsel respectfully requests that the conference be adjourned to any of the following dates, on which counsel is fully available:

- November 26, 2025
- December 3, 2025

  Defense counsel has been informed of this adjournment request and does not oppose the proposed new dates.

  This request is made in good faith and not for purposes of delay. Counsel will promptly appear on any date selected by the Court.

Thank you for the Court's consideration.

By: _/s/ Jordan El-Hag_
Jordan El-Hag, Esq.
777 Westchester Ave., Ste. 101
White Plains, NY 10604
(914) 218-6190 (o)
Jordan@elhaglaw.com