

**El Hag & Associates**

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 218-6190
(F) (914) 206-4176
www.ElHaglaw.com
Jordan@Elhaglaw.com

Application granted. The case management conference scheduled for January 28, 2026 is adjourned *sine die*. No further adjournments will be granted.

Further, discovery in this matter ended on November 17, 2025. (Doc. 43). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on December 17, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on December 17, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to February 11, 2026, and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by February 11, 2026.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 48.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        January 2, 2026

**Via Certified Mail**

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    **Request to Adjourn Case Management Conference**
       **Chaudhry v. MedWiz Pharmacy et al**
       **7:24-cv-07915**

Dear Judge Halpern:

Counsel for the undersigned respectfully submits this letter motion requesting an adjournment of the Case Management Conference currently scheduled for January 28, 2026, at 11:00 a.m.

Unfortunately, due to an unforeseen family situation, undersigned counsel will be unavailable to appear on the scheduled date. This request is made in good faith and not for purposes of delay. Counsel respectfully requests a brief adjournment of the conference to a date convenient to the Court.

Counsel apologizes for any inconvenience this request may cause and appreciates the Court's consideration.

Respectfully submitted,

Jordan El-Hag

Jordan El-Hag, Esq
El-Hag & Associates, PC.
777 Westchester Ave, Suite 101,
White Plains, NY 10604
(914) 218-6190