UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAHRA CHAUDHRY,

                              Plaintiff,                    **ORDER**

        -against-                                          24-CV-07915 (PMH)

MEDWIZ PHARMACY, LLC, et al.,

                              Defendants.

PHILIP M. HALPERN, United States District Judge:

The Court, on August 15, 2025, ordered a thirty-day stay of this action for Plaintiff to find substitute counsel. (Doc. 38). The Court notes that, although the stay ended on September 15, 2025, the docket does not reflect that the stay has been lifted. Accordingly, the Clerk of Court is respectfully directed to update the docket to reflect that this case is no longer stayed.

                                        **SO ORDERED.**

Dated:    White Plains, New York
          February 25, 2026

                                        _____
                                        PHILIP M. HALPERN
                                        United States District Judge