UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZAHRA CHAUDHRY,

                      Plaintiff,

           -against-

MEDWIZ PHARMACY, LLC, et al.,

                 Defendants.

**ORDER**

24-CV-07915 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 22, 2026, counsel for all parties appeared for a pre-motion conference regarding defendants' proposed motion for summary judgment. The Court granted defendants leave to move for summary judgment and set the following briefing schedule: motion for summary judgment shall be served, not filed, by May 20, 2026; opposition shall be served, not filed, by June 17, 2026; reply shall be served by July 1, 2026; and all papers shall be filed on the reply date, July 1, 2026.

The Court directed Plaintiff to file a stipulation, signed by the parties, dismissing with prejudice plaintiff's second, fourth, sixth, eighth, ninth, tenth, eleventh, and twelfth claims for relief, and plaintiff's first and third claims for relief as against the individual defendants by April 24, 2026. The Court also directed the parties to file a letter advising whether they would like to be referred to the designated magistrate judge for a settlement conference by April 24, 2026.

The parties confirmed that this case is to be tried by a jury. *See* Transcript.

**SO ORDERED.**

Dated:   April 22, 2026
          White Plains, New York

                                           HON. PHILIP M. HALPERN
                                           United States District Judge