UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

ZAHRA CHAUDHRY, :
Plaintiff, :
v. :
:
MEDWIZ PHARMACY, LCC., ERIC E. NEWHOUSE AND PAMELA BENSON, :
Defendants. :

---------------------------------------------------------------x

**ORDER**

24 CV 7915 (VB)

The Court has been advised by the magistrate judge that the parties have reached an agreement to settle this case.

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than **November 2, 2026**. To be clear, any application to restore the action must be filed by **November 2, 2026**, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other pending deadlines are terminated.

Dated: October 1, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge